ROBERT A. JONES, State Bar No. 107839
robert.jones@ogletreedeakins.com
MICHAEL J. NADER, State Bar No. 200425
michael.nader@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
VITRAN EXPRESS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CAMPBELL and RALPH MALDONADO; individually, and on behalf of members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiffs,<br><br>v.<br><br>VITRAN EXPRESS, INC., a Pennsylvania corporation formerly known as VITRAN EXPRESS WEST, INC., a Nevada corporation; and DOES 1 through 100, inclusive<br><br>Defendant. | Case No. 2:11-cv-05029-RGK-SH<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed: May 7, 2010<br>Trial Date: None set<br>Judge: Hon. Judge R. Gary Klausner<br><br>DATE: May 29, 2012<br>TIME: 9:00 a.m.<br>DEPT: 850 |

1  Defendant Vitran Express, Inc's Motion for Judgment on the Pleadings or,
2  alternatively, for Summary Judgment came on for hearing in this Court on May 29,
3  2012. Based on the papers filed relating to this Motion, and ~~oral~~ argument presented
4  by the Parties, IT IS HEREBY ORDERED that Vitran's Motion for Judgment on the Pleadings is GRANTED, and
5  thus Plaintiffs' claims are DISMISSED based on preemption of the Federal Aviation
6  Administration Authorization Act.

7  DATED: 06.11.2012      *Gary Klausner*
8  Honorable Gary R. Klausner
   United States District Judge