**FILED**

**NOT FOR PUBLICATION**

SEP 08 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRANDON CAMPBELL; RALPH MALDONADO, individually and on behalf of members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>          Plaintiffs - Appellants,<br><br>  v.<br><br>VITRAN EXPRESS, INC., a Pennsylvania corporation, fka Vitran Express West, Inc., a Nevada corporation,<br><br>          Defendant - Appellee. | No. 12-56250<br><br>D.C. No. 2:11-cv-05029-RGK-SH<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

9/8/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: KOZINSKI, Chief Judge, GRABER, Circuit Judge, and ZOUHARY,[*] District Judge.

Chief Judge Kozinksi and Judge Graber have voted to deny the petition for rehearing en banc, and Judge Zouhary has so recommended.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it.

The petition for rehearing en banc is DENIED.

---

   [*] The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.