JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05029-RGK (SHx) | Date | August 1, 2016 |
|---|---|---|---|
| Title | BRANDON CAMPBELL, et al. v. VITRAN EXPRESS, INC., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Kitty Szeto | Robert Jones | |

**Proceedings:**     **FINAL APPROVAL OF CLASS ACTION SETTLEMENT [124]**

     Court and counsel confer.  There are no objectors present.  Counsel inform the Court that there have been no objections received.  The motion is granted.

     **IT IS SO ORDERED.**

                                                                                                         :     2

                                                                             Initials of Preparer    slw